**James Henry EISENHARDT, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 28115

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 12, 1972.

———◆———

Appeal from the United States District Court for the Southern District of Florida; C. Clyde Atkins, District Judge.

James Henry Eisenhardt, pro se.

Robert W. Rust, William A. Meadows, Jr., U. S. Attys., Theodore Klein, Asst. U. S. Atty., Miami, Fla., Charles J. Car-

---

*Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part. I.

---

roll, Dept. of Justice, Washington, D. C., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, and GOLDBERG and MORGAN, Circuit Judges.

PER CURIAM:

The final judgment of the District Court is vacated and the case remanded to the District Court for expeditious reconsideration in light of the principles announced in Vaccaro v. United States, 5 Cir., 1972, 461 F.2d 626; Leary v. United States, 1969, 395 U.S. 6, 89 S.Ct. 1532, 23 L.Ed.2d 57; and Harrington v. United States, 5 Cir., 1971, 444 F.2d 1190.

Vacated and remanded.